1108

No. 83–6248. BOWRING v. MARRS ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6255. MOODY v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied. ■

No. 83–6259. PLUNKETT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–6261. STREET v. UNITED STATES PAROLE COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 83–6271. GUSTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6274. COTTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–6278. FOSTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–1749. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY v. KELLY. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 83–1082. ELROD, SHERIFF OF COOK COUNTY, ET AL. v. DURAN ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied. ■

No. 83–1160. MCAULIFFE ET AL. v. PENTHOUSE INTERNATIONAL LTD. C. A. 11th Cir. Motion of Charles H. Keating, Jr., et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 83–1166. SILVER ET AL. v. BENSON ET AL. Pa. Commw. Ct. Motions of United States Conference of Mayors et al. and Pennsylvania State Association of Township Supervisors et al. for leave to file briefs as amici curiae granted. Certiorari denied.